**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 07 B 01784

      Cynthia L Alexander

          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 02/02/2007.

2)  The plan was confirmed on 04/23/2007.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/19/2010.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was Completed on 06/20/2012.

6)  Number of months from filing to last payment: 65.

7)  Number of months case was pending: 80.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $127,836.41.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $35,299.50 |
| Less amount refunded to debtor | $1,144.51 |

**NET RECEIPTS:** **$34,154.99**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,111.09 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,909.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,020.15**

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aastro Title Lenders | Secured | 6,458.00 | 9,374.00 | 4,200.00 | 4,200.00 | 487.20 |
| Aastro Title Lenders | Unsecured | 6,458.00 | 5,174.00 | 5,174.00 | 1,849.74 | 0.00 |
| Access Receivables Management | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 2,277.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 1,716.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 123.63 |
| American General Finance | Unsecured | NA | 1,904.85 | 1,904.85 | 680.99 | 0.00 |
| AT&T | Unsecured | 360.00 | 356.33 | 356.33 | 0.00 | 0.00 |
| Brinks | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 925.00 | 948.64 | 948.64 | 339.15 | 0.00 |
| Chase Financial Corp | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Chase National | Unsecured | 860.92 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 3,000.00 | 3,378.00 | 3,378.00 | 1,207.66 | 0.00 |
| CMS | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 866.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,900.00 | 2,950.34 | 2,950.34 | 1,054.77 | 0.00 |
| Countrywide Home Loans Inc | Secured | 43,751.00 | 1,989.29 | 1,989.29 | 1,989.29 | 0.00 |
| Countrywide Home Loans Inc | Secured | 43,751.00 | 41,751.58 | 41,751.58 | 0.00 | 0.00 |
| Direct TV | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 2,016.00 | 2,069.67 | 2,069.67 | 739.92 | 0.00 |
| ECast Settlement Corp | Unsecured | 455.00 | 455.37 | 455.37 | 162.80 | 0.00 |
| Great Lakes Higher Education | Unsecured | 14,307.00 | NA | NA | 0.00 | 0.00 |
| Grossinger Autoplex | Unsecured | 6,800.00 | 5,241.40 | 5,241.40 | 1,873.83 | 0.00 |
| Home Depot | Unsecured | 267.66 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 3,886.00 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 2,538.00 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Illinois Designated Account Purchase | Unsecured | 5,036.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Designated Account Purchase | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 676.00 | 676.94 | 676.94 | 242.01 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 29,400.00 | 20,432.67 | 20,432.67 | 7,304.81 | 0.00 |
| Lee Dental Clinic | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Michael P Cohen | Unsecured | 4,537.00 | 4,749.60 | 4,749.60 | 1,698.01 | 0.00 |
| Michael Schulz | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Midwestern Telecommunications | Unsecured | NA | 337.18 | 337.18 | 120.55 | 0.00 |
| Northeastern Illinois University | Unsecured | 5,250.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 170,040.00 | 168,992.48 | 168,992.48 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 170,040.00 | 11,590.54 | 11,440.54 | 3,071.41 | 0.00 |
| Partners Financial Services | Unsecured | NA | 6,458.25 | 6,458.25 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,535.00 | 1,535.36 | 1,535.36 | 548.91 | 0.00 |
| Premier Bankcard | Unsecured | 422.00 | 422.72 | 422.72 | 151.13 | 0.00 |
| Sage Telecom | Unsecured | 165.00 | 164.08 | 164.08 | 58.66 | 0.00 |
| Social Security Administration | Unsecured | 8,226.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | NA | 1,716.37 | 1,716.37 | 613.61 | 0.00 |
| T Mobile USA | Unsecured | 861.72 | NA | NA | 0.00 | 0.00 |
| TruGreen Chemlawn | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Vector Marketing | Unsecured | 232.00 | 232.83 | 232.83 | 83.24 | 0.00 |
| Washington Mutual Home Loans | Unsecured | 285.37 | NA | NA | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 1,492.00 | 1,492.33 | 1,492.33 | 533.52 | 0.00 |
| WOW Internet & Cable | Unsecured | 431.12 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $210,744.06 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,429.83 | $5,060.70 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,200.00 | $5,200.00 | $610.83 |
| **TOTAL SECURED:** | **$229,373.89** | **$10,260.70** | **$610.83** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$60,696.93** | **$19,263.31** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $4,020.15 |
| Disbursements to Creditors | $30,134.84 |
| **TOTAL DISBURSEMENTS** : | **$34,154.99** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2013                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**